UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                       Case No. 2:15-cr-136-FtM-38MRM

ANDREW FREDRICK MYLES

_____

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for the following:

    a.    A Beretta USA Corp PX4 Storm Subcompact 9 caliber pistol, Serial Number: PX2759S; and

    b.    14 rounds Federal 9 caliber ammunition.

The defendant pleaded guilty to possession of the firearm described above as charged in Count One of the Indictment, and the Court adjudged him guilty of this offense.

The Court finds that the United States has established the requisite nexus between the firearm and ammunition and the offense of conviction.

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the firearm and ammunition identified above are forfeited to the United States for disposition

according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

**ORDERED** in Fort Myers, Florida on February 18th, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record