UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:15-cr-136-FtM-38MRM

ANDREW FREDRICK MYLES
_____

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following firearm and ammunition:

a. A Beretta USA Corp PX4 Storm Subcompact 9 caliber pistol, Serial Number: PX2759S; and

b. 14 rounds Federal 9 caliber ammunition.

On February 18, 2016, the Court entered a Preliminary Order of Forfeiture for the firearm and ammunition described above, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).  Doc. 28.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearm and ammunition on the official government website, www.forfeiture.gov, from February 20, 2016 through March 20, 2016.  Doc. 31. The publication gave notice to all third parties with a legal interest in the firearm and ammunition to file with the Clerk of Court, U.S. Federal Courthouse and

Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days of the first date of publication. The Court further finds that, in accordance with the requirements of 21 U.S.C. § 853(n) and due process, the United States properly noticed Cameron Lee Wilbur, the only individual known to have a potential interest in the firearm and ammunition. No third party has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED, ADJUDGED**, and **DECREED** that for good cause shown, the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the firearm and ammunition identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the firearm and ammunition is now vested in the United States of America.

DONE and ORDERED in Fort Myers, Florida, this 11th day of July, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:   All Parties/Attorneys of Record